# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2007

Clifford W. Taylor,
Chief Justice

134154

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LAUREL WOODS APARTMENTS,
      Plaintiff-Appellee,

v

                                    SC:  134154
                                    COA:  269506
                                    Oakland CC:  05-069007-CZ

NAJAH ROUMAYAH,
          Defendant-Appellee,

and

REBECCA ROUMAYAH,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 8, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007

_____
Clerk

s1213